THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOSEPH GORDON, Respondent.

Argued June 3, 1940; decided July 24, 1940.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for appellant.

*Lester Lyons* and *Louis J. Gribetz* for Kashruth Association of Greater New York, Inc., et al., *amici curiæ.*

*Samuel A. Telsey* for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J., and SEARS, J.